IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IGOR CHEPEL; ROOF VERA CHEPEL,
as guardian ad litem for minors,
ERICK CHEPEL, JASON CHEPEL, and
ASHLEY CHEPEL,                              No.  CIV-S-09-3548-JAM-KJN-PS

        Plaintiffs,

    vs.

THE LAW OFFICE OF FREDERICK
S. COHEN; FREDERICK S. COHEN,
individually; MARY ROSS; DR.
LARRY NICHOLAS; and DOES
1 through 20,                               ORDER

        Defendants.
_____/

    On March 12, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

    Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

1

reviewed de novo. See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed March 12, 2010, are ADOPTED; and

2. Plaintiffs' fifth claim for relief for "defamation of character" is dismissed as to all defendants with prejudice as barred by the absolute privilege contained in California Civil Code 47( b).

DATED: April 28, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE