IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IGOR CHEPEL; ROOF VERA CHEPEL,
as guardian ad litem for minors,
ERICK CHEPEL, JASON CHEPEL, and
ASHLEY CHEPEL,

No. CIV-S-09-3548-JAM-KJN-PS

Plaintiffs,

vs.

THE LAW OFFICE OF FREDERICK
S. COHEN; FREDERICK S. COHEN,
individually; MARY ROSS; DR.
LARRY NICHOLAS; and DOES
1 through 20,

ORDER

Defendants.
_____/

On April 19, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing,

1

concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed April 19, 2010, are ADOPTED;

2. Minor plaintiffs Erick Chepel, Jason Chepel, and Ashley Chepel are dismissed from this action without prejudice; and

3. Plaintiff Roof Vera Chepel, as guardian ad litem for the three minor plaintiffs, is dismissed from this action without prejudice.

DATED:   May 21, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE